507 A.2d 369

**Anna FAUST, Petitioner,**

v.

**Joseph L. MESSINGER, Thomas Snyder and R. Benay Snyder.**

Supreme Court of Pennsylvania.

March 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 52 E.D. Appeal Docket 1985.